Filed April 12, 1916.

Writ of Error to Circuit Court, Monroe County; H. Pierre Branning, Judge.

Judgment affirmed.

*E. M. Semple,* for Plaintiff in Error;

*W. H. Malone,* for Defendants in Error.

---

The Security Company, a Corporation, Plaintiff in Error, v. Walter C. Warrington, Defendant in Error.

Filed April 12, 1916.

Writ of Error to Circuit Court, Duval County; George Couper Gibbs, Judge.

Judgment affirmed.

*Bisbee & Bedell,* for Plaintiff in Error;

*Cockrell & Cockrell* and *Carl Noble,* for Defendant in Error.

---

W. R. Carlton and Alice E. Carlton, his wife, and D. D. Malone and Ida L. Malone, his wife, Appellants, v. D. G. Malloy and J. H. Malloy, partners, trading and doing business as Malloy Brothers, Appellees.

Filed April 18, 1916.